**402-15**

Deny 7/15/15
LM

NO 14-14-00704-CR

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

DAVID GLYNN NUNN JR

V

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

FROM APPEAL NO 14-14-00704-CR
TRIAL CAUSE NO 1420647
HARRIS County

## SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now David Glynn Nunn Jr Petitioner, and Files this motion for an extension of (60) days in which to File a petition for Discretionary Review. In support of this motion Appealant shows the court the following:

## I

The Petitioner was convicted in the 337th District Court of HARRIS county, TEXAS of Possession of Identifing Information one being ELDERLY in Cause No 1420647, styled STATE OF TEXAS vs David Glynn Nunn JR. The Petitioner Appealed to the Court of Appeals, 14th supreme Judicial District. The case was Affirmed on April 9, 2015

## II

The present deadline for filing the Petition for Discretionary Review is July 11, 2015. The Petitioner has requested one Extension prior to this Request.

## III

The Petitioners request for an extension is based on the following fActs: (1) Since notification of the Case No. 14-14-00704-CR being Affirmed the petitioner has been attempting to gain legal representation in this matter. His Attorney on the Appeal, WAYNE T. Hill has informed the petitioner that he will not represent him for the petition for Discretionary Review. (2) The Petitioner Requested A Court Apointed council due to the fAct the Petitioner is indigent and can not Afford legal representation. This Request was denied on June 10, 2015. The Petitioner Asks for a (60) Day Extension to file his Pro SE Petition foc Discretionary Review.

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Second motion for Extension of Time to file a petition for Discretionary Review, has been fowarded by U.S. mail, postage prepaid, first class to the Attorney for the state.

Allen Curry at 1201 FRANKLIN Houston Texas 77002 and the states prosecuting Attorney ED McLees on this the 5 day of July 2015.

David Elynn Nunal Jr
PETITIONER, PRO SE

I David Elynn Nunal Jr TDCJ# 1946852 being presently Incarcerated in the GARZA EAST Unit of TEXAS Department of Criminal Justice in Beeville County, TEXAS verify and declare under penalty of Perjury that the forgoing statements are true and correct Executed on this the 5 day of July 2015.

TDCJ# 1946852

## ORDER

On this the _____ day of _____, 20 ___ came to be heard by me, the Defendants motion for Second Extension to file Petition for Discretionary Review, and it appears to this Court that this motion should be:

GRANTED _____

Denied _____ and it is so ordered

_____
Judge Presiding